UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO. 1:15-CR-00030-GNS

UNITED STATES OF AMERICA											PLAINTIFF

v.

TREY ALEXANDER GWATHNEY-LAW										DEFENDANT

## MEMORANDUM OPINION & ORDER

This matter is before the Court upon Defendant's Objections to the Magistrate Judge's Findings of Facts, Conclusions of Law, and Recommendation (DN 50). The Magistrate Judge's Report and Recommendation (DN 49) is **ADOPTED** and Defendant's Objections are **OVERRULED**.

### I. BACKGROUND

The Report and Recommendation ("R&R") sets forth the relevant facts in detail. The Court sees no need to recite those facts again and, therefore, incorporates them by reference. (R. & R. 2-11, DN 49).

### II. STANDARD OF REVIEW

In *United States v. Curtis*, 237 F.3d 598 (6th Cir. 2001), the Sixth Circuit articulated the proper standard of review for objections to a ruling or recommendation by a magistrate judge:

> [Section] 636(b) creates two different standards of review for district courts when a magistrate court's finding is challenged in district court. A district court shall apply a "clearly erroneous or contrary to law" standard of review for the "nondispositive" preliminary measures of § 636(b)(1)(A). Conversely, "dispositive motions" excepted from § 636(b)(1)(A), such as motions for

summary judgment or *for the suppression of evidence*, are governed by the *de novo* standard.

*Id.* at 603 (emphasis added) (internal citation omitted) (citation omitted).

### III. DISCUSSION

The Magistrate Judge recommends denial of Defendant Trey Alexander Gwathney-Law's ("Gwathney-Law") Motion to Suppress. (R. & R. 25). Gwathney-Law objects simply by stating, "[i]nsofar as the Report recommends that defendant's motion to suppress evidence . . . be denied, defendant objects on the grounds and for the reasons set forth in his memorandum of law previously filed . . . and asks the court to sustain defendant's motion." (Def.'s Objs. Findings Fact & Conclusions Law 1-2, DN 50). Gwathney-Law then incorporates his prior memorandum of law by reference and explains, "[t]he defense relies on this pleading in support of its objection to the Report's recommendation and submits that the search in question was unlawful, and that law enforcement did not comply with *Miranda v. Arizona*, 284 US 436 (1966) when obtaining statements from Mr. Gwathney-Law." (Def.'s Objs. Findings Fact & Conclusions Law 2).

Gwathney-Law's general objection is the same as no objection. In *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991), the Sixth Circuit addressed a general objection to a report and recommendation similar to the one Gwathney-Law forwards and stated:

> A general objection to the entirety of the magistrate's report has the same effects as would a failure to object. The district court's attention is not focused on any specific issues for review, thereby making the initial reference to the magistrate useless. The functions of the district court are effectively duplicated as both the magistrate and the district court perform identical tasks. This duplication of time and effort wastes judicial resources rather than saving them, and runs contrary to the purposes of the Magistrates Act.

*Id.* at 509. While *Howard* was a civil case, the principle it espoused is equally applicable to motions to suppress in criminal cases. *United States v. Robinson*, 352 F. App'x 27, 28-29 (6th

Cir. 2009). The Court rejects Gwathney-Law's arguments on this basis alone. His objections will be overruled.

Even if the Court were to consider the merits of Gwathney-Law's objections and conduct a *de novo* review of the R&R, the R&R is well-reasoned. The Magistrate Judge conducted an evidentiary hearing during which two witnesses were called by the United States. After considering the evidence presented at the hearing and the arguments of the parties, the Magistrate Judge properly concluded that Defendant's motion should be denied.

### IV.   CONCLUSION

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Objections (DN 50) are **OVERRULED**, and the Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation (DN 49) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY**. Defendant's Motion to Suppress Evidence (DN 28) is **DENIED**.

**Greg N. Stivers, Judge**
**United States District Court**
March 24, 2017

cc:   counsel of record